APRIL 4, 1956

**No. 59830.**—John Wanamaker, Phila., Inc. *v.* United States, protests 189517–K, 190188–K, and 214585–K.— Plaintiff's application for rehearing granted.

APRIL 3, 1956

**No. 59831.**—SUIT 4848.—United States *v.* Kenneth Kittleson and E. W. Rollow.— C. A. D. 605.